IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00567-MJW

MARK EDWARDS, *as personal representative of the Estates of Ronald Bramlage, deceased; Rebecca Bramlage, deceased; Brandon Bramlage, deceased; Boston Bramlage, deceased; Beau Bramlage, deceased; and Roxanne Bramlage, deceased;*

Plaintiff,

v.

PILATUS AIRCRAFT, LTD.,
PILATUS BUSINESS AIRCRAFT, LTD.,
HONEYWELL INTERNATIONAL INC.,
ROSEMOUNT AEROSPACE, INC.,
EPPS AIR SERVICE, INC., and
GLENAIR, INC.,

Defendants.

### ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 17).

**IT IS HEREBY ORDERED** that any and all outstanding motions are DENIED without prejudice, including Plaintiff's Motion for Jurisdictional Discovery (Docket No. 4) and Plaintiff's Second Alternative Motion to Sever and Transfer Venue (Docket No. 5). Any motion the parties would like the Court to address shall be refiled in this Court.  The parties may move for an expedited briefing schedule, to mitigate any undue delay caused by this order.

**IT IS FURTHER ORDERED** that counsel shall comply with the First and Final Notice to Nonadmitted Attorney(s) in Removed, Transferred or Other Cases (Docket No. 10) as well as the First and Final Notice to [Admitted] Attorney(s) in Removed, Transferred or Other Cases (Docket No. 7).

**IT IS FURTHER ORDERED that on or before April 30, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 17), indicating**

**either unanimous consent of the parties or that consent has been declined. Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.**

**IT IS FURTHER ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> May 14, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel, he/she should confer with opposing counsel and file a motion to reschedule the conference to a more convenient date. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.

**IT IS FURTHER ORDERED** that counsel in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.Colo.LCivR 16.1 and 26.1(a) on or before 21 days prior to scheduling conference. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting. No later than 5 business days prior to the Scheduling/Planning Conference, counsel shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures. In addition, on or before 14 days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

Counsel shall prepare the proposed Scheduling Order as provided in D.C.Colo.LCivR 16.1 in accordance with the form and instructions which may be found through the links in D.C.Colo.LCivR 16.2 and 26.1(a).

All out-of-state counsel shall comply with D.C.Colo.LAttyR 3(a) prior to the Scheduling/Planning Conference. It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court. Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. See D.C.Colo.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the courthouse.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order to the following attorneys who have yet to enter an appearance:

*Attorneys for Plaintiff*
Barry E. Newman, Esq.
Robert F. Spohrer, Esq.
Spohrer & Dodd, P.L.
701 West Adams Street, Suite 2
Jacksonville, FL 32204


*Attorneys for Defendant Rosemount Aerospace*
Tara E. Nicola, Esq.
Fitzpatrick & Hunt, Tucket, Collier, Pagano, Aubert LLP
Twelve East 48th Street, 31st Floor
New York, NY 10017

Thomas E. Scott
Cole, Scott & Kissane, P.A.
Cole, Scott & Kissane Building, Suite 1400
9150 South Dadeland Blvd.
Miami, FL 33156


DONE AND SIGNED THIS 25th DAY OF MARCH, 2015.

                BY THE COURT:

                s/Michael J. Watanabe
                _____
                MICHAEL J. WATANABE
                United States Magistrate Judge