IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00567-MJW

MARK EDWARDS, *as personal representative of the Estates of Ronald Bramlage, deceased; Rebecca Bramlage, deceased; Brandon Bramlage, deceased; Boston Bramlage, deceased; Beau Bramlage, deceased; and Roxanne Bramlage, deceased;*

Plaintiff,

v.

PILATUS AIRCRAFT, LTD.,
PILATUS BUSINESS AIRCRAFT, LTD.,
HONEYWELL INTERNATIONAL INC.,
ROSEMOUNT AEROSPACE, INC.,
EPPS AIR SERVICE, INC., and
GLENAIR, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Joint Motion for Entry of a Confidentiality Order (docket no. 51) is GRANTED finding good cause shown.  The written Confidentiality [Protective] Order (docket no. 51-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: July 22, 2015