IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00567-PAB-MJW

MARK EDWARDS, as Personal Representative of the Estates of Ronald Bramlage, deceased, Rebecca Bramlage, deceased, Brandon Bramlage, deceased, Boston Bramlage, deceased, Beau Bramlage, deceased, and Roxanne Bramlage, deceased,

    Plaintiff,

v.

PILATUS AIRCRAFT, LTD., a/k/a Pilatus Flugzeugweke Aktiengesellschaft, a Swiss company doing business in the United States,
PILATUS BUSINESS AIRCRAFT, LTD., a Colorado corporation,
HONEYWELL INTERNATIONAL INC., individually and as successor to AlliedSignal Aerospace, Inc., and Bendix/King, a Delaware corporation,
ROSEMOUNT AEROSPACE, INC., d/b/a Goodrich Sensor Systems, a Delaware Corporation,
EPPS AIR SERVICE, INC., d/b/a Epps Aviation, Inc., and
GLENAIR, INC., a California corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS ROSEMOUNT AEROSPACE, INC. AND EPPS AIR SERVICE, INC.**
_____

This matter comes before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal as to Defendants Epps Air Service, Inc., and Rosemount Aerospace, Inc. [Docket No. 50].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that Plaintiff's Unopposed Motion for Voluntary Dismissal as to Defendants Epps Air Service, Inc., and Rosemount Aerospace, Inc. [Docket No. 50] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Rosemount Aerospace, Inc., d/b/a Goodrich Sensor Systems, and Epps Air Service, Inc., d/b/a Epps Aviation, Inc., are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 22, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge