IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00567-MJW

MARK EDWARDS, *as personal representative of the Estates of Ronald Bramlage, deceased; Rebecca Bramlage, deceased; Brandon Bramlage, deceased; Boston Bramlage, deceased; Beau Bramlage, deceased; and Roxanne Bramlage, deceased;*

Plaintiff,

v.

PILATUS AIRCRAFT, LTD.,
PILATUS BUSINESS AIRCRAFT, LTD.,
HONEYWELL INTERNATIONAL INC.,
ROSEMOUNT AEROSPACE, INC.,
EPPS AIR SERVICE, INC., and
GLENAIR, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Joint Submission for Entry of an Order for the Preservation of Aircraft Wreckage (Docket No. 61) is GRANTED for good cause shown.  The Court will separately enter Defendants' version of the proposed protective order as an Order of the Court.  To accommodate Plaintiff's concerns, the Parties are hereby ORDERED to proceed in good faith, and specifically to serve all notices under Paragraphs 6 through 14 of the Protective Order simultaneously to the extent reasonably possible.

It is further ORDERED that Plaintiff shall file a notice with the U.S. District Court for the District of Delaware, in *Mark Edwards, etc., v. Leach International, et. al.*, Case No. 1:15-CV-00321-LPS, containing as exhibits:

- This Minute Order;

- The Protective Order entered separately by the Court; and

- Docket No. 61, including Docket No. 61-1.

Date: September 22, 2015