IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00567-PAB-MJW

MARK EDWARDS, as Personal Representative of the Estates of Ronald Bramlage, deceased, Rebecca Bramlage, deceased, Brandon Bramlage, deceased, Boston Bramlage, deceased, Beau Bramlage, deceased, and Roxanne Bramlage, deceased,

    Plaintiff,

v.

PILATUS AIRCRAFT, LTD., a/k/a Pilatus Flugzeugweke Aktiengesellschaft, a Swiss company doing business in the United States,
PILATUS BUSINESS AIRCRAFT, LTD., a Colorado corporation,
HONEYWELL INTERNATIONAL INC., individually and as successor to AlliedSignal Aerospace, Inc., and Bendix/King, a Delaware corporation, and
GLENAIR, INC., a California corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT GLENAIR, INC.**
_____

    This matter comes before the Court on the Stipulated Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Dismiss With Prejudice Plaintiff's Claims Against Defendant Glenair, Inc. [Docket No. 78].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Dismiss With Prejudice Plaintiff's Claims Against Defendant Glenair, Inc. [Docket No. 78] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Glenair, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 18, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge